# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ECONO LUBE FRANCHISOR SPV LLC, a Delaware limited liability company; and ECONO LUBE N' TUNE, LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br> v.<br><br>AJAY PATEL, an individual; FAISAL QAZI, an individual; and MEINEKE AUTOMOTIVE OF HUNTINGTON BEACH, INC., a California corporation,<br><br>    Defendants. | Case Number: 8:21-CV-01312<br><br>**JUDGMENT**<br><br>Assigned for all purposes to:<br>Hon. David O. Carter |

  On November 19, 2021, the Court granted Plaintiffs' Motion for Default Judgment against Defendants Meineke Automotive of Huntington Beach, Inc. and Ajay Patel. (Dkt. 26). On June 14, 2022, the Court granted Plaintiff's Motion for Summary Judgment against Defendant Faisal Qazi. (Dkt. 39). On June 27, 2022, Plaintiffs filed a Motion for Attorneys' Fees.

(Dkt. 41). On September 26, 2022, Qazi filed a Motion to Request Relief from Summary Judgment (Dkt. 53). On June 29, 2023, the Court entered its Order denying Defendant's Motion for Relief from Summary Judgment (Dkt. 64), and on July 13, 2023, the Court entered its Order denying the Motion for Attorneys' Fees (Dkt. 65), directing the parties to submit Proposed Judgments in accordance with the findings made therein.

For the reasons stated in the documents referenced above, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment be entered against Defendants, and each of them as follows:

1. Judgment is entered in favor of Econo Lube N' Tune, LLC and against Defendant Ajay Patel in the amount of $129,660.34;

2. Judgment is entered in favor of Econo Lube Franchisor SPV LLC and against Defendant Meineke Automotive of Huntington Beach, Inc. in the amount of $11,374.52;

3. Judgment is entered in favor of Econo Lube N' Tune, LLC and against Defendants Ajay Patel, Meineke Automotive of Huntington Beach, Inc. and Faisal Qazi, jointly and severally liable, in the amount of $226,237.57, representing damages from Defendants' breach of the Sublease that Mr. Qazi personally guarantee;

4. Judgment is entered in favor of Econo Lube Franchisor SPV LLC and against Defendant Faisal Qazi in the amount of $57,970.37, consisting of the following:

    a. $11,374.52 for breach of the Franchise Agreement;

    b. Three times Econo Lube Franchisor SPV, LLC's actual damages resulting from infringement of Econo Lube Franchisor SPV, LLC's registered trademarks, in the amount of $46,595.85.

This Judgment is effective as of July 28, 2023

Dated: November 12, 2025

*David O. Carter*
HON. DAVID O. CARTER
UNITED STATES DISTRICT